# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN EARL GOLDEN, | Case No. 3:19-cv-00195-MMD-WGC |
| Plaintiff | ORDER |
| v. | |
| ORTIZ et al., | |
| Defendants | |

## I.   DISCUSSION

Plaintiff has updated his current address, indicating that he is no longer incarcerated.   As such, the Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 4) and directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 4 ) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.


DATED THIS  3rd  day of  February 2020.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE