UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN EARL GOLDEN,<br><br>                            Plaintiff<br><br>    v.<br><br>OROSZI,<br><br>                           Defendants | Case No. 3:19-cv-00195-MMD-WGC<br><br>ORDER |

**I.     DISCUSSION**

On May 1, 2020, the Court issued an order screening Plaintiff's complaint. (ECF No. 12). The order dismissed Plaintiff's complaint in its entirety and gave Plaintiff leave to file an amended complaint within 30 days curing the deficiencies of the complaint. (*Id.* at 6.) The Court's order was returned as undeliverable to Plaintiff's listed address, and shortly thereafter Plaintiff filed a change of address. (ECF Nos. 14, 15.) It is not clear whether Plaintiff ultimately received or is aware of the Court's screening order. As such, the Court will resend the screening order to Plaintiff's new address and give Plaintiff another 30 days to file an amended complaint in accordance with the screening order.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court send Plaintiff a copy of the Court's screening order (ECF No. 12), a courtesy copy of the complaint (ECF No. 13.), the approved form for filing a § 1983 complaint, and instructions for the same.

It is further ordered, if Plaintiff fails to file an amended complaint within 30 days of this order, the Court will dismiss this case prejudice for failure to state a claim.

DATED THIS  17th day of June 2020.

                                                        William G. Cobb
                                     UNITED STATES MAGISTRATE JUDGE